UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANCTIL, LEE BABB, GISELE BARBOSA, CHRISTINE BERNAT, GEORGE BRANCH, GARY CROFOOT, PAUL DEMERS, CHARLES and CONSUELO FERRIS, JULIO GRILLO, MARTIN and JANICE HOGAN, MARY JONES, KARL and OKSANA JORGENSEN, DONALD KADLEC, SANDRA LAPIDEZ, JOHN LOPES, JAMES and PRISCILLA MCGOUGH, FRANCIS PARISEAU, MARK and LISA PERRY, REBECCA RALSTON, DOROTHY CARPENTER-REID, MICHAEL RYAN, BENITA and WILLIAM SCHRIEFER, MICHAEL SILVER, FLAVIO TERZIS, JONATHAN THURROTT, NANCY TROSKE, INGRID WEBER, KELLY WILLIAMS, and MATTHEW ZICARO, | No.: 7:12-cv-08572-CS |
| Plaintiffs, | |
| -against- | |
| ALLY FINANCIAL, INC., AURORA LOAN SERVICES, BANK OF AMERICA, CINCINNATI FEDERAL SAVINGS AND LOAN, CITIGROUP, INC., CITIMORTGAGE, INC., COUNTRYWIDE HOME LOANS, INC., CROSS COUNTRY MORTGAGE, DEUTSCHE BANK, FIRST FRANKLIN INVESTMENT & LOAN, FLAGSTAR BANK, FSB, FREMONT INVESTMENT AND LOAN CORP., GMAC MORTGAGE, HOMEWARD RESIDENTIAL, JPMORGAN CHASE & CO., MERRILL LYNCH, MONEY WAREHOUSE, MORTGAGEIT, OCWEN FINANCIAL CORPORATION, PHH MORTGAGE, PNC FINANCIAL SERVICES, PROVIDENT FUNDING GROUP, INC., SIGNATURE GROUP HOLDINGS, INC., U.S. BANK NATIONAL ASS'N, WELLS FARGO, and WILBER ROSS & CO. L.L.C., | |
| Defendants. | |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate-Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant Aurora Loan Services LLC ("ALS"), a non-governmental limited liability company, certifies that there exists the following parent companies, subsidiaries, or affiliates of defendant:

1. Aurora Bank FSB, a federally chartered savings association, parent of Aurora Loan Services LLC.

2. Lehman Brothers Bancorp Inc., a Delaware corporation, parent of Aurora Bank FSB.

3. Lehman Brothers Holdings, Inc., a Delaware corporation, parent of Lehman Brothers Bancorp Inc.

Dated: New York, New York
February 14, 2013

ARNOLD & PORTER LLP

By   /s/ Anthony D. Boccanfuso
Anthony D. Boccanfuso
399 Park Avenue
New York, New York 10022-4690
(212) 715-1000
*anthony.boccanfuso@aporter.com*

Damon C. Elder
555 12th St., NW
Washington, DC 20004-1206
(202) 942-5091
*damon.elder@aporter.com*

Counsel for Aurora Loan Services LLC