UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN ANCTIL, et al.,                   : Case No. 12-cv-8572 (CS)
                                       :
                    Plaintiffs,        : **STIPULATION AND ORDER**
                                       : **SUBSTITUTING COUNSEL**
        - against -                    :
                                       :
ALLY FINANCIAL, INC., et al.,          :
                                       :
                    Defendants.        :
------------------------------------------------------------x

The undersigned attorneys and authorized representative of Defendant The PNC Financial Services Group, sued as PNC Financial Services ("PNC"), hereby stipulate and agree that Stillman & Friedman, P.C., Julian W. Friedman, Esq., 425 Park Avenue, New York, New York 10022, (212) 223-0200, hereby appears in the above-captioned action as counsel of record to PNC in the place and stead of its former counsel, Bryan Cave LLP, Christine B. Cesare, Esq. and Scott H. Kaiser, Esq., 1290 Avenue of the Americas, New York, New York 10104.

This stipulation may be executed in counterparts and exchanged via facsimile or electronic mail.

Dated: New York, New York
       May 6, 2013

STILLMAN & FRIEDMAN, P.C.                    BRYAN CAVE LLP

By: _____                  By: _____
    Julian W. Friedman                           Christine B. Cesare
425 Park Avenue                              Scott H. Kaiser
New York, New York 10022                     1290 Avenue of the Americas
Phone: (212) 223-0200                        New York, New York 10104
Fax: (212) 223-1942                          Phone: (212) 541-2000
jfriedman@stillmanfriedman.com               Fax: (212) 541-4630
                                             cbcesare@bryancave.com
                                             scott.kaiser@bryancave.com

1729470.1\0346205

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/13

The PNC Financial Services Group, Inc.
sued herein as PNC Financial Services

By: /s/ Richard J. Klein

COMMONWEALTH OF PENNSYLVANIA )
                                                    ) ss.:
COUNTY OF ALLEGHENY              )

On the 16th day of May, 2013, before me personally came RICHARD J. KLEIN, personally known to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her their signature on the instrument, the individual(s), or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of Pittsburgh, Commonwealth of Pennsylvania.

/s/ Mary Catherine Macurak
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary Catherine Macurak, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Oct. 27, 2013
Member, Pennsylvania Association of Notaries

SO ORDERED:
/s/ Cathy Seibel
Judge Cathy Seibel
United States District Judge
White Plains, New York

5/21/13
Date