UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANCTIL, et al.,  <br><br>             Plaintiffs,  <br><br>      v.  <br><br>ALLY FINANCIAL, INC., et al.,  <br><br>             Defendants. | ) <br> ) <br> ) **Civil Action No. 12-CV-8572** <br> ) <br> ) Hon. Cathy Seibel <br> ) <br> ) <br> ) **NOTICE OF JOINT MOTION TO** <br> ) **DISMISS PLAINTIFFS' SECOND** <br> ) **AMENDED COMPLAINT** <br> ) |

PLEASE TAKE NOTICE that, upon (1) the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint (the "Motion"), (2) the accompanying supplemental memoranda of law and (3) the accompanying declarations, including the exhibits appended thereto, the undersigned Defendants will move this Court at The Hon. Charles L. Brieant Jr. United States Courthouse, 300 Quarropas Street, Courtroom 621, White Plains, New York, at a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Second Amended Complaint.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's May 24, 2013 memorandum endorsement of the May 22, 2013 letter to the Court of Lisa J. Fried, (1) Plaintiffs' opposition to Defendants' Motion (the "Opposition") shall be served on or before August 2, 2013, and (2) the undersigned Defendants' reply in further support of their Motion, if any, shall be served no later than three weeks after Plaintiffs' Opposition is served.

Dated: June 20, 2013 	Respectfully submitted,

/s/ Jason O. Braiman
Jason O. Braiman (JB1701)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212-813-8800
F: 212-355-3333
jbraiman@goodwinprocter.com

*Attorney for Defendants Bank of America, N.A., Countrywide Home Loans, Inc., and First Franklin Investment & Loan*

/s/ Jonathan M. Robbin
Jonathan M. Robbin
BLANK ROME, LLP
405 Lexington Ave.
New York, New York 10174
T: (212) 885-5000
F: (917) 332-3747
Jrobbin@blankrome.com

*Attorneys for Defendant Homeward Residential*

/s/ Richard G. Haddad
Richard G. Haddad (RH 6438)
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, New York 10169-0075
T: (212) 661-9100
F: (212) 682-6104
rhaddad@oshr.com

*Attorneys for Defendant Ally Financial Inc.*

/s/ Bruce Allensworth
/s/ Brian M. Forbes
/s/ Robert W. Sparkes, III
Bruce Allensworth, *pro hac vice*
Brian M. Forbes, *pro hac vice*
Robert W. Sparkes, III, *pro hac vice*
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
T: (617) 261-3100
F: (617) 261-3175
bruce.allensworth@klgates.com
brian.m.forbes@klgates.com
robert.sparkes@klgates.com

/s/ David S. Versfelt
David S. Versfelt
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022

T: (212) 536-3900
F: (212) 308-6661
david.versfelt@klgates.com

*Attorneys for Defendant Ocwen Financial Corporation*

/s/ Julian W. Friedman
Julian W. Friedman
STILLMAN & FRIEDMAN, P.C.
425 Park Avenue
New York, NY 10022
T: (212) 223-0200
F: (212) 223-1942
jfriedman@stillmanfriedman.com

/s/ David H. Pittinsky
David H. Pittinsky *(Pro Hac Vice)*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
T: (215) 864-8117
F: (215) 864-8999
pittinsky@ballardspahr. Com

*Attorneys for The Defendant PNC Financial Services Group, Inc.*

/s/ Elliott C. Mogul
Elliott C. Mogul
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
T: (202) 942-6375
F: (202) 942-5999
elliott.mogul@aporter.com

Anthony D. Boccanfuso
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
T: (212) 715-1000
F: (212) 715-1399
anthony.boccanfuso@aporter.com

4

*Counsel for Aurora Loan Services LLC*


/s/ Lisa J. Fried
Allison J. Schoenthal (AS5391)
Lisa J. Fried (LF6968)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
T: 212-918-3000
F: 212-918-3100
allison.schoenthal@hoganlovells.com
lisa.fried@hoganlovells.com

*Attorneys for Defendants Flagstar Bank, FSB,*
*Provident Funding Group, Inc.,*
*U.S. Bank National Association and Wells Fargo Bank N.A.*


/s/ Michael S. Kraut
Michael S. Kraut
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
T: 212-309-6000
F: 212-209-6001
mkraut@morganlewis.com

*Attorney for Defendant Deutsche Bank*
*National Trust Company*


/s/ Joy Harmon Sperling
Joy Harmon Sperling (JS2005)
jsperling@daypitney.com
Michael A. Weiss (MW5758)
mweiss@daypitney.com
DAY PITNEY LLP
7 Times Square
New York, NY 10022
T: 212-297-2466
F: 212-881-9042

*Attorney for Defendants MortgageIT, Inc. and*
*Deutsche Bank, AG*

5

/s/ John M. Falzone

John M. Falzone
PARKER IBRAHIM & BERG LLC
5 Penn Plaza, Suite 2371
New York, NY 10001
T: 908-725-9700
F: 908-333-6230
john.falzone@piblaw.com

*Attorney for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC (s/h/a "Chase Home Finance, LLC")*

/s/ Michael P. De Simone

Michael P. De Simone
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
T: 212-210-9400
F: 212-210-9444
michael.desimone@alston.com

*Attorney for PHH Mortgage Corp.*

s/ Noah Weissman

Noah Weissman
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY  10104
T:  212-541-2000
F:  212-541-4630
NMWeissman@bryancave.com
*Attorney for Defendants CitiMortgage, Inc., Citibank, N.A. and Citigroup Inc.*

/s/ Harold F. Damm

6

Harold F. Damm (HD9353)
CIOTTI & DAMM, LLP
1551 Kellum Place
Mineola, NY 11501
T: 516-248-0800
F: 516-746-4709
hdamm@cdkesqs.com

*Attorney for Cincinnati Federal Savings and Loan*

Case 7:12-cv-08572-CS   Document 93   Filed 06/20/13   Page 7 of 7