UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANCTIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLY FINANCIAL, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No. 12-CV-8572** <br><br> Hon. Cathy Seibel |

## DECLARATION OF LISA J. FRIED

I, Lisa J. Fried, declare as follows:

1.  I am a member of the bar of this Court and a partner of the firm Hogan Lovells US LLP, counsel for Defendants Wells Fargo Bank, N.A., U.S. Bank, N.A., Flagstar Bank, FSB and Provident Funding Group, Inc.  I am fully familiar with the facts set forth herein.  I submit this declaration in support of the Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint, dated June 20, 2013.

2.  Annexed hereto as **Exhibit A** is a true and correct copy of a Complaint to Foreclose Mortgage identifying the plaintiff as "Wells Fargo Bank, NA" and identifying the defendants as "Christine N. Bernat" and "Paul J. Demers", obtained from public land records in Bristol County, Massachusetts.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct. Executed in New York, New York on June 20, 2013.

>        /s/ Lisa J. Fried
>        Lisa J. Fried

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2013, I caused the Declaration of Lisa J. Fried, dated June 20, 2013, to be electronically filed with the Clerk of the Court and served on the following by using the CM/ECF system:

**Scott Adam Kamber, Esq.**
KamberLaw, LLC
100 Wall St. 23rd Fl.
New York, NY 10005
Email: skamber@kamberlaw.com

**Zoe Jayde Dolan, Esq.**
Zoe Dolan, Attorney at Law
154 Grand Street
New York, NY 10007
Email: zdolan@gmail.com

New York, New York
June 20, 2013

/s/Lisa J. Fried
Lisa J. Fried